BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| Ernestine Cheryl Robinson,<br><br>    Plaintiff,<br><br>    v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner of Social Security, [1]<br><br>    Defendant. | No. 13-CV-00861-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE THE TRANSCRIPT** |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have an extension of time, up to Monday, December 2, 2013, to file the transcript. This extension is requested because the Defendant needs more time produce the transcript.

                                          Respectfully submitted,

/s/ Vijay Jagdish Patel  *
VIJAY JAGDISH PATEL
PLAINTIFF'S ATTORNEY
* by Armand Roth by email authorization

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: October 24, 2013        /s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

   Dated:   **October 24, 2013**               **/s/ Sandra M. Snyder**
                                                                UNITED STATES MAGISTRATE JUDGE