1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTINE CHERYL ROBINSON, | Case No. 13-cv-00861-SMS |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On June 5, 2013, Plaintiff Ernestine Robinson ("Plaintiff"), by attorney Vijay J. Patel, filed a complaint seeking review of the final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for benefits under the Social Security Act ("Act"). Doc. 1. Defendant moved to dismiss. Doc. 14. On December 18, 2013, the Court granted this motion and dismissed with leave to amend. Doc. 18. The Court stated:

> If Plaintiff has a good faith belief that equitable tolling applies, she may amend her complaint **within thirty days** to add such allegations. If Plaintiff does not amend by that date, the Court will dismiss this case with prejudice.

The last day to amend was Friday, January 17, 2014. Plaintiff has not filed an amended complaint. Accordingly, the Court now DISMISSES the case with prejudice.

IT IS SO ORDERED.

Dated:   __**January 22, 2014**__          _____**/s/ Sandra M. Snyder**_____
                                           UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28